**Opinion issued June 25, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00086-CR

———————————

## IN RE WESLEY LEE BOWERS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator John Wesley Bowers, who is on probation from a conviction for driving while intoxicated, filed a petition for writ of mandamus challenging the trial court's order denying Bowers' petition for an occupational driver's license

while his license is suspended.[1]  The State filed a response and Bowers filed a reply.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]  The underlying case is *In re Wesley Lee Bowers*, cause number 2447624-R, pending in the County Criminal Court at Law No, 7 of Harris County, Texas, the Honorable Andrew A. Wright presiding.

2